IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CARLOS G REYES RAMIREZ,                    *

             Petitioner,                    *

v.                                                           Case No. 7:26-CV-36 (WLS-CHW)

                                   *

WARDEN IRWIN COUNTY DETENTION
CENTER,                                                *

             Respondent.                    *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 17th day of March, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk